E-FILED 12/13/12
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Richard Perez,<br><br>    Plaintiff,<br><br>vs.<br><br>Springleaf Financial Services; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:12-cv-07763-PSG-MRW<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE |

    Based on the Stipulation of counsel, this action is hereby dismissed with prejudice in its entirety, each party to bear its own fees and costs.

Date: 12/13/12

                              PHILIP S. GUTIERREZ
                              The Honorable Philip S. Gutierrez
                              UNITED STATES DISTRICT JUDGE